# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAW INDUSTRIES, LLC

VERSUS

STATE OF LOUISIANA, DEPARTMENT OF
EDUCATION, RECOVERY SCHOOL
DISTRICT AND ADVANCED
ENVIRONMENTAL CONSULTING, INC.

NO.   2020 CW 0369

**JUL 2 2 2020**

---

In Re:    Orleans Parish School Board and Choice Foundation,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 676874.

---

**BEFORE:    WELCH, HOLDRIDGE, AND BURRIS,[1] JJ.**

**WRIT NOT CONSIDERED.** Although relators, the Orleans Parish School Board and the Choice Foundation, included a copy of the pertinent court minutes from the November 18, 2019 hearing, the minutes indicate that documentary evidence was introduced at the hearing without further explanation or identification of such evidence.    This court therefore requests a copy of the transcript from the November 18, 2019 hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.    Any new application must be filed on or before August 19, 2020, and must contain a copy of this ruling.

**GH**
**WJB**

**Welch, J.,** dissents and would grant the writ.    Pursuant to La. Code Civ. P. art. 641, I find that complete relief can be granted herein among those already parties, and while the Orleans Parish School Board and the Choice Foundation claim an interest relating to this subject matter, they are not situated such that an adjudication in their absence would impair or impede their ability to protect that interest or leave the parties herein subject to a substantial risk of multiple or inconsistent obligations as the damages sought herein differ from those sought in the case pending in the Civil District Court in the Parish of Orleans.    Therefore, I would reverse the trial court's March 12, 2020 judgment sustaining the exception of nonjoinder filed by Advanced Environmental Consulting, LLC.

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
             FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.